FILED

MAY - 1 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Mag. No. 2:09-MJ-0134 DAD |
| Plaintiff, | ORDER UNSEALING CRIMINAL COMPLAINT AND AFFIDAVIT IN SUPPORT OF THE CRIMINAL COMPLAINT |
| v | |
| HANNY BEKHIT, | |
| Defendant. | |

Upon Application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the Criminal Complaint and Affidavit in support of the Criminal Complaint in Mag. No. 2:09-MJ-0134 DAD be, and is, hereby ordered **UNSEALED**.

DATED: May 1, 2009

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE