1  COLIN L. COOPER, SBN 144291
   KELLIN R. COOPER, SBN 172111
2  DUSTIN GORDON, SBN 205216
   COOPER LAW OFFICES
3  800 Jones Street
   Berkeley, California 94710
4  Telephone: (510) 558-8400
   Fax: (510) 558-8401
5
   Attorneys for Defendant
6  HANNY BEKHIT

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                      SACRAMENTO DIVISION

11

12  PEOPLE OF THE STATE OF CALIFORNIA,   )   Case No. 09-CR-00225 EJG-1
                                         )
13           Plaintiff,                  )   STIPULATION AND ORDER
                                         )   CONTINUING STATUS CONFERENCE
14      vs.                              )
                                         )
15  HANNY BEKHIT,                        )
                                         )
16           Defendant.                  )
    _____  )

17

18      Defendant HANNY BEKHIT, by and through his attorney Colin L. Cooper, and plaintiff

19  United States of America, by and through Assistant United States Attorney Jason Hitt, hereby

20  stipulate and agree to continue the status conference in the above-captioned case from Friday,

21  August 21, 2009 at 10:00 a.m. to Friday, September 11, 2009, at 10:00 a.m.  The continuance is

22  requested to allow defendant's counsel additional time for review of discovery and further

23  investigation.

24      The parties further stipulate and agree that the period from August 21, 2009 to September

25  11, 2009, is excludable from computation of time within which the trial of this matter must be

26  commenced under the Speedy Trial Act, pursuant to 18 U.S.C.§3161(h)(7)(A) and (B)(iv) and Local

27  Code T4 for the effective preparation of defense counsel and continuity of defense counsel.

28
    DATED:  August 19, 2009           /s/ COLIN L. COOPER
                                      Attorney for Defendant HANNY BEKHIT

                                      -1-

DATED:  August 19, 2009                    /s/ JASON HITT
                                           Assistant United States Attorney

_____

ORDER

        GOOD CAUSE APPEARING from the reasons set forth in the stipulation of the parties, filed

on August 19, 2009, IT IS HEREBY ORDERED that the status conference currently scheduled for

Friday August 21, 2009, shall be continued until Friday, September 11, 2009, at 10:00 a.m.

Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' stipulation, the

time from the date of the parties' stipulation, August 21, 2009, to, and including, September 11,

2009, is excluded from computation of time within which the trial of this matter must be

commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv), and

Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare

and provide defendant with continuity of defense counsel.  IT IS HEREBY ORDERED that the

status conference scheduled for August 21, 2009, is continued to September 11, 2009, at 10:00

a.m.

DATED:   August 19, 2009                   /s/ Edward J. Garcia
                                           EDWARD J. GARCIA
                                           United States District Judge