COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
HANNY BEKHIT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HANNY BEKHIT, ) <br> ) <br> Defendant. ) <br>  ) | Case No. 09-CR-00225 EJG-1 <br><br> STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |

    Defendant HANNY BEKHIT, by and through his attorney Colin L. Cooper, and plaintiff United States of America, by and through Assistant United States Attorney Jason Hitt, hereby stipulate and agree to continue the status conference in the above-captioned case from Friday, September 11, 2009 at 10:00 a.m. to Friday, October 9, 2009, at 10:00 a.m.  The continuance is requested to allow defendant's counsel additional time for review of discovery and further investigation.

    The parties further stipulate and agree that the period from September 11, 2009 to October 9, 2009 is excludable from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C§3161(h)(7)(A) and (B)(iv) and Local Code T4 for the effective preparation of defense counsel and continuity of defense counsel.

DATED: September 10, 2009    /s/ COLIN L. COOPER
                                               Attorney for Defendant HANNY BEKHIT

DATED: September 10, 2009        /s/ JASON HITT
                                 Assistant United States Attorney

_____

## ORDER

GOOD CAUSE APPEARING from the reasons set forth in the stipulation of the parties, filed on September 10, 2009, IT IS HEREBY ORDERED that the status conference currently scheduled for Friday September 11, 2009, shall be continued until Friday, October 9, 2009, at 10:00 a.m. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' stipulation, the time from the date of the parties' stipulation, September 11, 2009, to, and including, October 9, 2009, is excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§3161(h)(7)(A) and (B)(iv), and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare and provide defendant with continuity of defense counsel.  IT IS HEREBY ORDERED that the status conference scheduled for September 11, 2009, is continued to October 9, 2009, at 10:00 a.m.

DATED:  September 10, 2009        /s/ Edward J. Garcia
                                  United States District Judge