COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
HANNY BEKHIT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>HANNY BEKHIT, )<br>)<br>Defendant. )<br>) | Case No. 09-CR-00225 EJG-1<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE |

    Defendant HANNY BEKHIT, by and through his attorney Colin L. Cooper, and plaintiff United States of America, by and through Assistant United States Attorney Jason Hitt, hereby stipulate and agree to continue the status conference in the above-captioned case from February 26, 2010 at 10:00 a.m. to April 23, 2010 at 10:00 a.m.  The continuance is requested to allow defendant's counsel additional time for review of discovery and further investigation.

    The parties further stipulate and agree that the period from February 26, 2010 to April 23, 2010 is excludable from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C§3161(h)(7)(A) and (B)(iv) and Local Code T4 for the effective preparation of defense counsel and continuity of defense counsel.

DATED: February 24, 2020        /s/ COLIN L. COOPER
                                             Attorney for Defendant HANNY BEKHIT

DATED: February 24, 2010        /s/ JASON HITT
                                             Assistant United States Attorney

-2-

_____

ORDER

GOOD CAUSE APPEARING from the reasons set forth in the stipulation of the parties, filed on February 24, 2010, IT IS HEREBY ORDERED that the status conference currently scheduled for February 26, 2010 shall be continued until April 23, 2010, at 10:00 a.m.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' stipulation, the time from the date of the parties' stipulation, February 26, 2010  to, and including, April 23, 2010 is excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§3161(h)(7)(A) and (B)(iv), and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare and provide defendant with continuity of defense counsel.  IT IS HEREBY ORDERED that the status conference scheduled for February 26, 2010, is continued to April 23, 2010 at 10:00 a.m.

DATED:   February 25, 2010              /s/ Edward J. Garcia
                                        EDWARD J. GARCIA
                                        United States District Judge