KELLIN R. COOPER, SBN 172111
COLIN L. COOPER, SBN 144291
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone (510) 558-8400
Fax (510) 558-8401

Attorneys for Defendant
HANNY BEKHIT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN SACRAMENTO

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, ) | Case No. 2:09-cr-00225-EJG |
| ) | |
| Plaintiff, ) | ORDER MODIFYING CONDITIONS OF |
| ) | RELEASE |
| vs. ) | |
| ) | |
| HANNY BEKHIT, ) | |
| ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that HANNY BEKHIT's conditions of release be modified to include travel to the Northern District of California.

DATED: May 5, 2010          /s/ Kendall J. Newman
                            MAGISTRATE JUDGE