HAROLD ROSENTHAL, No. 68380
Attorney at Law
803 Hearst Avenue
Berkeley. CA  94710
Tele: (510) 981-1800
Fax: (510) 981-1821
harold@haroldrosenthal.com

COLIN COOPER, SBN 144291
COOPER LAW OFFICES
800 Jones Street
Berkeley, CA 94710
Telephone (510) 558-8400
Fax (510) 558-8401

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# IN SACRAMENTO

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,** | Case No.: 2:09-cr-00225-EJG |
| **Plaintiff,** | STIPULATION AND |
| vs. | ] ORDER |
| **HANNY BEKHIT,** | |
| **Defendant.** | |

The parties hereby stipulate that good cause exists to revise the current briefing schedule as follows:

Defense motions:

    Present due date: June 1, 2010    Proposed due date: June 4. 2010

Government Responses:

    Present due date June 22, 2010    Proposed due date: June 25, 2010

Defendant's Reply

    Present due date June 29, 2010    Proposed due date: June 28, 2010

Hearing on Motions

    July 2, 2010 at 11:00 a.m.    Proposed due date: No change proposed

The revised schedule does not reduce the amount of time that the government will have to respond to defendant's motion. Furthermore, the proposal would require the defense to submit its reply one day earlier than the Court had previously allowed, thus affording the Court additional time to review and decide these motions, if the parties do not settle this matter in advance of the hearing.

The reason for the requested revision is that the government, through no fault of its own, did not provide certain information to the defense until this week. However, now that defense counsel, who was only recently retained and entered his appearance only two weeks ago, is aware of this information, he believes that it raises legal issues that either must be addressed or intentionally foregone to insure that Mr. Bekhit receives a competent defense, and that the record in this matter is complete.

Insofar as the government is not prejudiced by this revision, and it appears that the Court will not be affected negatively insofar as it will have all pleading one day earlier than previously scheduled, if the matter does not settle in June,[1] it appears that the interests of justice support this scheduling revision. Moreover, insofar as it allows the parties additional time to attempt to reach a settlement, this revision increases the chance that this Court will not be have to devote its scarce resources to resolving motions that could be avoided by plea.

It is so stipulated.

Dated: June 4, 2010         COOPER LAW OFFICES

                            HAROLD ROSENTHAL, Attorney at Law



                            _____/S/_____
                            BY: HAROLD ROSENTHAL

                            Attorney for Defendant
                            Hanny Bekhit

---

[1] Of course, whether this is indeed the case is a matter that can only be determined by the Court, notwithstanding one party's guesswork.

**STIPULATION AND PROPOSED**
**ORDER REVISING BRIEFING SCHEDULE**                    2

Dated:

        /S/
JASON HITT

Attorney for Plaintiff
United States of America

    It is so ordered.

Dated:   June 7, 2010                /s/ Edward J. Garcia
                                             JUDGE OF THE UNITED STATES
                                             DISTRICT COURT