

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM



FILED

AUG 24 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

          RE:   **HANNY BEKHIT**
                **Docket Number:  2:09CR00225-01**  EJG
                **CONTINUANCE OF JUDGMENT**
                **AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from October 1, 2010 to October 29, 2010 at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Due to scheduling conflicts amongst parties.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                            Respectfully submitted,

                            /s/ Lynda M. Moore
                            Lynda M. Moore
                            United States Probation Officer

**REVIEWED BY:**   /s/ Linda L. Alger
                            Linda L. Alger
                            **Supervising United States Probation Officer**

Dated:    08/23/2010
             Sacramento, California
             LMM/tu

Attachment



**RE:** **Hanny Bekhit**
**Docket Number: 2:09CR00225-01**
<u>**CONTINUANCE OF JUDGMENT AND SENTENCING**</u>

cc: Clerk, United States District Court
United States Attorney's Office
United States Marshal's Office
Federal Defender (If defense counsel is court-appointed)
Probation Office Calendar clerk

✓ **Approved**

_____
**EDWARD J. GARCIA**
**Senior United States District Judge**

8/24/10
**Date**

___ **Disapproved**