COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
HANNY BEKHIT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 09-CR-00225 EJG |
| Plaintiff, | STIPULATION AND ORDER EXONERATING BOND |
| vs. | |
| HANNY BEKHIT, | |
| Defendant. | |

Defendant HANNY BEKHIT, by and through his attorney, Colin Cooper, and the UNITED STATES, by and through Assistant United States Attorney Jason Hitt, hereby stipulate and agree to exoneration of bond in this case. Judge Garcia remanded defendant HANNY BEKHIT to the custody of the United States Marshall until the time of his sentencing.

DATED: September 28, 2010          /s/ COLIN L. COOPER
                                   Attorney for Defendant HANNY BEKHIT

DATED: September 28, 2010          /s/ JASON HITT
                                   Assistant United States Attorney

Based on the reasons provided in the stipulation of the parties above, the Court hereby orders that the bond be exonerated.

DATED:  September 30, 2010         /s/ Edward J. Garcia
                                   EDWARD J. GARCIA
                                   United States District Court