COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
HANNY BEKHIT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 09-CR-00225 EJG-1 |
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING |
| vs. | |
| HANNY BEKHIT, | |
| Defendant. | |

Defendant HANNY BEKHIT, by and through his attorney Colin L. Cooper, and plaintiff United States of America, by and through Assistant United States Attorney Jason Hitt, hereby stipulate and agree to continue the Sentencing Hearing in the above-captioned case from October 29, 2010 at 10:00 a.m. to January 28, 2011 at 10:00 a.m.  The parties are requesting a continuance because they need additional time to prepare for sentencing.

The parties further stipulate and agree that the period from October 29, 2010 to January 28, 2011 is excludable from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C.§3161(h)(7)(A) and (B)(iv) and Local Code T4 for the effective preparation of defense counsel and continuity of defense counsel.

DATED: October 27, 2010             /s/ COLIN L. COOPER
                                    Attorney for Defendant HANNY BEKHIT

DATED: October 27, 2010             /s/ JASON HITT
                                    Assistant United States Attorney

-1-

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties: IT IS HEREBY ORDERED that the Sentencing Hearing scheduled for October 29, 2010 at 10:00 a.m. is continued to January 28, 2011 at 10:00 a.m. and that the period from October 29, 2010 to January 28, 2011 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

DATED: October 27, 2010        /s/ Edward J. Garcia
                               EDWARD J. GARCIA
                               United States District Court