COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
HANNY BEKHIT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 09-CR-00225 EJG-1 |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING SENTENCING |
| vs. ) | |
| HANNY BEKHIT, ) | |
| Defendant. ) | |

Defendant HANNY BEKHIT, by and through his attorney Colin L. Cooper, and plaintiff United States of America, by and through Assistant United States Attorney Jason Hitt, hereby stipulate and agree to continue the Sentencing Hearing in the above-captioned case from March 4, 2011, at 10:00 a.m. to April 29, 2011, at 10:00 a.m.  The parties are requesting a continuance because they need additional time to prepare for sentencing.  United States Probation Officer Lynda Moore has been consulted and she is available on April 29, 2011.

The parties further stipulate and agree that the period from March 4, 2011, to April 29, 2011, is excludable from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C.§3161(h)(7)(A) and (B)(iv) and Local Code T4 for the effective preparation of defense counsel and continuity of defense counsel.

DATED: March 1, 2011 /s/ COLIN L. COOPER
Attorney for Defendant HANNY BEKHIT

DATED: March 1, 2011 /s/ JASON HITT
Assistant United States Attorney

## **ORDER**

IT IS HEREBY ORDERED that the Sentencing Hearing scheduled for March 4, 2011, at 10:00 a.m. is continued to April 29, 2011, at 10:00 a.m. and that the period from March 4, 2011, to April 29, 2011, is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

DATED:   March 1, 2011 /s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Court