COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
HANNY BEKHIT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. 09-CR-00225 EJG-1 |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| vs. | ) | |
| HANNY BEKHIT, | ) | |
| Defendant. | ) | |

    Defendant HANNY BEKHIT, by and through his attorney Colin L. Cooper, and plaintiff United States of America, by and through Assistant United States Attorney Jason Hitt, hereby stipulate and agree to continue the Sentencing Hearing in the above-captioned case from April 29, 2011, at 10:00 a.m. to May 13, 2011, at 10:00 a.m.  The parties are requesting a continuance because they need additional time to prepare for sentencing.  United States Probation Officer Lynda Moore has been consulted and she is available on May 13, 2011.

    The parties further stipulate and agree that the period from April 29, 2011, to May 13, 2011, is excludable from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C.§3161(h)(7)(A) and (B)(iv) and Local Code T4 for the effective preparation of defense counsel and continuity of defense counsel.

DATED: April 27, 2011                    /s/ COLIN L. COOPER
                                         Attorney for Defendant HANNY BEKHIT


DATED: April 27, 2011                    /s/ JASON HITT
                                         Assistant United States Attorney


## ORDER

IT IS HEREBY ORDERED that the Sentencing Hearing scheduled for April 29, 2011, at 10:00 a.m. is continued to May 13, 2011, at 10:00 a.m. and that the period from April 29, 2011, to May 13, 2011, is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).


DATED:   April 27, 2011                  /s/ Edward J. Garcia
                                         EDWARD J. GARCIA
                                         United States District Court