MARK REICHEL (Cal. SBN #155034)
REICHEL & PLESSER LLP
455 Capitol Mall, Suite 802
Sacramento, CA. 95814
Tel. (916) 498-9258
Fax (888) 567-2949
E-Mail:  mark@reichellaw.com

Attorney for Defendant
HANNY BEKHIT

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 09--CR-225 WBS |
| | ) | |
| Plaintiff, | ) | PETITION FOR TERMINATION OF |
| | ) | SUPERVISED RELEASE; ORDER |
| v. | ) | THEREON |
| HANNY BEKHIT | ) | |
| | ) | Time: |
| Defendant. | ) | Date: |
| | ) | Judge: |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## PETITION

Defendant, through counsel, hereby moves this court for termination of supervised release.

Supervision of thirty six months was ordered to commence following incarceration when this defendant was sentenced on May 13, 2011. (Docket at 65 and 66).  Supervision commenced on February 9, 2013. Defendant has paid his fines and is in compliance with all terms of his release and therefore Probation Officer Phil Muzutami, and the US Probation Department who supervises the defendant, does not oppose this requested early termination .

Defense counsel has received express permission to sign this petition on behalf of Probation Officer Muzutami, as Officer Muzutami has reviewed same and requests that this Court treat this petition the same as if filed by Officer Muzutami. Officer Muzutami is busy with other matters and has agreed with defense counsel to treat this petition the same as if filed by Officer Muzutami. Defense counsel has express permission to sign this also for Assistant United States Attorney Jason Hitt.

Signed:  *Mark J. Reichel* for
Philip Muzutami
United States Probation Officer

*Mark J. Reichel* for
JASON HITT
Assistant United States Attorney

Dated: February 24, 2015

ORDER

IT IS SO ORDERED.

Dated: February 26, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE